UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2017
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:17–cr–00651 |
| § | |
| Giovani Alexander Alecio § | |

## ORDER APPOINTING COUNSEL

   Because the Defendant, Giovani Alexander Alecio, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Stephen Randall

   The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

   Signed on November 8, 2017.

_____
Nancy K. Johnson
United States Magistrate Judge