United States District Court
Southern District of Texas
**ENTERED**
May 24, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| vs. | § CRIMINAL NO. H-4:17-cr-00651 § |
| FREDDY MONTES, et al. | § § § § § § |
| Defendants. | |

### ORDER

The Court, having considered the Counsel's Unopposed First Amended Motion for Release of Material Witnesses, finds that the witnesses in this case should be released from the custody of the United States Marshal Service and turned over to Immigration and Customs Enforcement.

IT IS THEREFORE ORDERED that Yesin Maribel Rodriguez-Reyes, aka Cindy Reyes Reye aka Flor, United States Marshal#34633-479, Alien Registration Number A205-838-023, be released forthwith from the custody of the United States Marshal Service to the custody of Immigration and Customs Enforcement within twenty-four (24) hours of the entry of this order.

IT IS FURTHER HEREBY ORDERED that the Clerk of the Court shall provide a copy of this order to the United States Marshal Service.

Signed at Houston, Texas, on this 24 day of May, 2018.

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT