United States District Court
Southern District of Texas
**ENTERED**
March 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-17-651-2 |
| § | |
| GIOVANI ALEXANDER ALECIO *in custody* § | |

# Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 30, a presentence report is ordered.

1. By **JULY 5, 2019** the initial presentence report must be disclosed to counsel.

2. By **JULY 19, 2019** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **AUGUST 2, 2019** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **AUGUST 8, 2019** at **10:00 a.m.** in Courtroom 9-D, 515 Rusk, Houston, Texas.

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on March 14, 2019.

Gray H. Miller
United States District Judge

*Copies:* United States Probation
 AUSA ~ Adam Goldman
 Defense Counsel ~ David Adler
 Defendant