UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-4:17-00651-2 |
| GIOVANI ALEXANDER ALECIO, a/k/a "WHITEBOY," | § § § § | |
| Defendant. | § | |

## PRELIMINARY ORDER OF FORFEITURE

Following the Defendant's conviction and based on the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction. It is ORDERED that:

1. The following property is forfeited to the United States of America:

   a. One (1) Glock 42 .380 semiautomatic pistol, serial number ABEN203;

   b. One (1) Smith and Wesson .380 semiautomatic pistol, serial number KAX2833;

   c. One (1) Stoeger Courgar 8000F 9-milimeter semiautomatic pistol, serial number T6429-13A02889; and

   d. One (1) Smith and Wesson SW40VE 40-caliber semiautomatic pistol, serial number PBD3743.

2. The United States of America is authorized to seize the forfeited property. *See* 18 U.S.C. § 924(d)(1).

3. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

1

4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property.

5. This forfeiture order shall be made a part of the Defendant's sentence and included in the judgment.

Signed at Houston, Texas, on   March 14  , 2019.

_____
THE HONORABLE GRAY H. MILLER
UNITED STATES DISTRICT JUDGE