UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL ACTION H-17-651 |
| § | |
| (2) GIOVANI ALEXANDER ALECIO *in custody* § | |
| (9) GRISEL SALAS *on bond* § | |
| (11) DENIS AMAYA CABALERRO *on bond* § | |

# Order

The unopposed motion for continuance (Dkt. 401) is GRANTED. It is therefore ORDERED that the sentencings of the defendants are reset as follows:

1. The presentence investigation reports will be available to the defendants by January 10, 2020.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by January 24, 2020.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by February 7, 2020.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencings will be held on February 13, 2020 at 10:15 a.m.

Signed at Houston, Texas on July 16, 2019.

Gray H. Miller
Senior United States District Judge