United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-17-651-2 |
| | § | |
| | § | |
| GIOVANI ALEXANDER ALECIO *in custody* | § | |

## Order

Defendant's unopposed motion for bond (Dkt. 430) is GRANTED. It is therefore ORDERED that defendant shall appear before Magistrate Judge Christina A. Bryan to set bond conditions on Friday, February 7, 2020 at 2:00 p.m. in Courtroom 701, 515 Rusk, Houston, Texas.

Signed at Houston, Texas on February 5, 2020.

_____
Gray H. Miller
Senior United States District Judge