Case 4:17-cr-00651 Document 438 Filed on 02/24/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL DOCKET 4:17-CR-651-02 |
| versus | § § | JUDGE GRAY MILLER |
| GIOVANI ALECIO | § § | |

### ORDER ON DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE

Alecio's motion to amend his conditions of release is:



Granted,

Alecio's conditions of release are amended as follows: 1) Alecio's travel is restricted to the counties within the Houston Division of the Southern District of Texas, 2) Alecio can have unsupervised visits with minors who are members of family, and 3) Alecio can use a cell phone, a computer, and the internet subject to monitoring by the Pretrial Services office if Alecio's supervising officer deems such monitoring necessary.

All other conditions of release remain in effect.

Signed on February 24th, 2020.

Gray Miller  *Christine A Bryan*
United States District Judge
  *Magistrate*